BENT *v.* MIRANDA. Appeal from the Supreme Court of the Territory of New Mexico. No. 91. Argued with No. 90 and by the same counsel. MR. JUSTICE BREWER: This is a case, the companion of that just decided, as has been indicated in the opinion in that case, and the same considerations compel an affirmance of the decree herein.

MR. JUSTICE SHIRAS and MR. JUSTICE WHITE dissented.